AO (Rev. 5/85) Criminal Complaint

FILED 6/20/05
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| MOHAMMED ASIM KHAN | CASE NUMBER: 3:05-m- 0211-HTS |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On June 17, 2005, in Duval County, in the Middle District of Florida, the defendant did,

> knowingly and willfully make threats to take the life of or inflict bodily harm upon the President of the United States, meaning the words as a true threat,

in violation of Title 18, United States Code, Section 871(a). I further state that I am a Special Agent with United States Secret Service, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Jeffrey Rohrer
United States Secret Service

Sworn to before me and subscribed in my presence,

June 20, 2005      at      Jacksonville, Florida

HOWARD T. SNYDER
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# Affidavit

JEFFREY (initials)

Affiant is Jeff Rohrer. I am a Special Agent, United States Secret Service and have been so employed for 15 months. Previously I was employed as a police officer with the Jacksonville Sheriff's Office, Jacksonville, Florida, for 18 months. I received 672 hours in law enforcement instruction at the Florida State Police Academy located in Daytona Beach, Florida, attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center, Glynco, Georgia, and the Secret Service Special Agent Training Course in Beltsville, Maryland. My current duty station is Jacksonville, Florida. I make this affidavit in support of a criminal complaint charging MOHAMMED ASIM KHAN with making threats against George W. Bush, the President of the United States, in violation of Title 18, United States Code, Section 871(a).

(1)  As a Special Agent of the United States Secret Service, my duties include the protection of, and investigation of threats against, certain designated individuals. Among those designated individuals is the President of the United States. George W. Bush is the President of the United States.

(2)  Title 18, United States Code, Section 871(a) states,

  Section 871(a) Threats against President and successors to the Presidency

  (a) Whoever knowingly and willfully deposits for conveyance in the mail or for a delivery from any post office or by any letter carrier any letter, paper, writing, print, missive, or document containing any threat to take the life of, to kidnap, or to inflict bodily harm upon the President of the United States, the President-elect, the Vice President or other officer next in the order of succession to the office of President of the United States, or the Vice President-elect, or knowingly and willfully otherwise makes any such threat against the President, President-elect, Vice President or other officer next in the order of succession to the office of President, or Vice President-elect, shall be fined under this title or imprisoned not more than five years, or both.

1

(3) This affidavit is based on my own investigation, upon information I have received in conversations with the Jacksonville Sheriff's Office, Police Officer M.B. Campbell (I.D. #7596), from my review of records and reports transmitted to me by the JSO and from an interview with Mr. Khan.

(4) The information provided to me by Officer Campbell is, in substance, the following:

(a) On June 17, 2005 at 0900, Officer Campbell was dispatched to 555 Stockton Street, Jacksonville, FL to investigate a battery in progress. Upon Officer Campbell's arrival, he observed JSO Officers J.A. Webster (I.D. #7571) and M.D. Peterson (I.D. #5771) restraining Mr. Khan on the ground until more officers arrived on the scene to help safely secure Mr. Khan.

(b) Officer Campbell took custody of Mr. Khan and placed him inside his patrol car. Mr. Khan began speaking in an unknown language, possibly Arabic, while in Officer Campbell's presence. Mr. Khan then started chanting, in English, "death to George Bush". The following are statements made by Mr. Khan, while in the custody of Officer Campbell, and heard by Officer Campbell:

1. "I am going to move to Florida to get the Bush brothers"

2. "...you know, you got yourself a terrorist"

3. "I pray four or five times a day that I can get close to George Bush, so I can blow him up with my bombs"

4. The suspect repeated several times, "I'll get George Bush before I die"

5. "(the suspect) is moving to Jacksonville because George Bush is always here"

2

6. "I'm going to get George Bush"

7. "I'm a terrorist and we are going to get George Bush"

(5) On the same date, I interviewed Mr. Khan at the Pre-Trial Detention Facility (Duval County Jail). I was accompanied by Special Agent Emily Weaver, United States Secret Service. We identified ourselves and asked Mr. Khan's permission to speak with him. He was cooperative. The following is a summary of the statements made by Mr. Khan:

(a) When asked about the incident that had occurred earlier that day, Mr. Khan stated that he did "smack" his girlfriend in front of everyone (the witnesses) on purpose. According to the suspect, this was to show everyone that she made a mistake and should be punished for it.

(b) When asked about the statements he made about United States Secret Service protectees, he stated, "I want to kill everyone, I want to kill myself and the cops that did this to me".

(c) When asked why he would want to kill everyone, Mr. Khan stated that he wanted "to be killed or sent back to Pakistan". He then added that it is better in Pakistan. It should be noted that at this point Mr. Khan became uncooperative.

(d) When directly asked if Mr. Khan wanted to harm any protectees of the United States Secret Service, he became evasive and refused to answer the question.

(e) Mr. Khan directly stated to your affiant, "I am a terrorist and I am going to kill everybody". "I don't care what happens to me, my family is

able to take care of my kids".

Wherefore, for all the foregoing, I have probable cause to believe that MOHAMMED ASIM KHAN threatened to kill or commit bodily injury against the President of the United States, in violation of Title 18, United States Code, Section 871(a).

Jeffrey Rohrer, Special Agent
United States Secret Service