UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2005 SEP 28 I P 3: 29

CLERK, US DISTRICT COURT
DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO.   3:05-cr-314-9-25 mca
Ct. 1:   18 U.S.C. § 871(a)

MOHAMMED ASIM KHAN

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 17, 2005, in Duval County, in the Middle District of Florida,

MOHAMMED ASIM KHAN,

the defendant herein, did knowingly and willfully make threats to take the life of or inflict bodily harm upon George W. Bush, the President of the United States, by means of the verbal use of threatening language, meaning the words as a true threat.

In violation of Title 18 United States Code, Section 871(a).

Copy to pros pan

A TRUE BILL,

_____Mary Jane Kopp_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney

By: _____
RONALD T. HENRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MOHAMMED ASIM KHAN

## INDICTMENT

Violations:

18 U.S.C. § 871(a)

A true bill,

_Mary Jane Kopp_
Foreperson

Filed in open court this 28th day

of September, A.D. 2005.

_Winifred E. Beadlett_
_[signature]_ Clerk

Bail $ _____

GPO 863 525