**BOND RECOMMENDATION:**

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RECEIVED
U.S. MARSHAL

'05 SEP 28 P 3:44

UNITED STATES OF AMERICA

v.

MOHAMMED ASIM KHAN

**WARRANT FOR ARREST**

CASE NUMBER: 3:05-cr-314-J-25MCR

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest MOHAMMED ASIM KHAN and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with knowingly & willfully made threats to take the life of or inflict bodily harm upon George W. Bush, the President of the United States.

In violation of Title 18, United States Code, Section(s) 871(a).

**Sheryl L. Loesch**
Name & Title of Judicial Officer

**Clerk, United States District Court**
Title of Issuing Officer

_P. Moranski_
Signature of Issuing Officer
(By) Deputy Clerk

9/28/05 at Jacksonville, FL
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
300 N. Hogan St. Suite 2-450

| DATE RECEIVED 9/28/05 | NAME AND TITLE OF ARRESTING OFFICER DUSM Jonathan Jordan 5580 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/11/05 | | |